# In the United States Court of Federal Claims

No. 20-639C
Filed: July 27, 2020
NOT FOR PUBLICATION

|  |  |
|---|---|
| BRENDA C. ARMSTEAD, | ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| *Defendant*. | ) ) |

**ORDER**

The complaint in this case was filed on May 18, 2020. In submitting her complaint, the plaintiff neither remitted the filing fee nor moved for leave to proceed *in forma pauperis*. On May 27, 2020, the Court ordered the plaintiff to remit the filing fee or seek leave to proceed *in forma pauperis* on or before June 24, 2020, or risk having the complaint dismissed. On June 29, 2020, the mail transmitting the Court's May 27 Order was returned to the Court as undeliverable. On July 1, 2020, the Court again ordered the plaintiff to remit the filing fee or move for leave to proceed *in forma pauperis* by July 24, 2020. The Court warned the plaintiff that her failure to do one or the other would result in dismissal of the complaint. On July 20, 2020, the Court's second Order was again returned as undeliverable as addressed, with the notation that the Postal Service was unable to forward the envelope carrying the Order. The return of the second Order was docketed on July 21, 2020.

The Court has been unable to serve its Orders on the plaintiff at the address she herself provided. Because the plaintiff has neither remitted the filing fee nor moved for leave to proceed *in forma pauperis*, the Court has no choice but to **DISMISS** the complaint without prejudice. This dismissal will in no way adversely affect the plaintiff, who may refile her complaint and either remit the filing fee or move for leave to proceed *in forma pauperis* at the time she refiles her complaint.

Accordingly, the complaint is **DISMISSED** without prejudice. The Clerk is directed to enter judgment accordingly. No costs are awarded.

It is so **ORDERED.**

 s/Richard A. Hertling
RICHARD A. HERTLING
Judge